# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAINE,<br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES COUNCIL 36, LOCAL 119, et al.,<br>    Defendants. | CV 22-3310 DSF (SKx)<br><br>JUDGMENT |

    The Court having dismissed all claims against all Defendants either for mootness or on the merits,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 1, 2023

                                                Dale S. Fischer<br>
                                                United States District Judge